IN THE UNITED STATES BANKRUPTCY COURT
FOR THE WESTERN DISTRICT OF PENNSYLVANIA

| | | |
|---|---|---|
| IN RE: | ) | |
| | ) | Bankruptcy No. 21-20615 CMB |
| Lisa A. Mort, | ) | Chapter 13 |
|    Debtor(s) | ) | Related Docket No. 41 |
| | ) | |
| | ) | |

**<u>CERTIFICATE OF SERVICE OF ORDER OF COURT EMPLOYING SPECIAL COUNSEL</u>**

  I certify under penalty of perjury that I served the above captioned pleadings on the parties at the addresses specified below or on the attached list on (date)September 10, 2021

  The type(s) of service made on the parties (first-class mail, electronic notification, hand delivery, or another type of service) was: first class mail

  If more than one method of service was employed, this certificate of service groups the parties by the type of service. For example, the full name, email address, and where applicable the full name of the person or entity represented, for each party served by electronic transmission is listed under the heading "Service by NEF," and the full name and complete postal address for each party served by mail, is listed under the heading "Service by First-Class Mail."

EXECUTED ON:

See Attached Mailing Matrix

Served by CM/ECF:

Ronda J. Winnecour, Chapter 13 Trustee

Office of the U.S. Trustee

                     Respectfully submitted,

<u>September 10, 2021</u>         /s/Kenneth Steidl_____
DATE               Kenneth Steidl, Esquire
                     Attorney for the Debtor(s)
                     STEIDL & STEINBERG
                     Suite 2830 – Gulf Tower
                     707 Grant Street
                     Pittsburgh, PA  15219
                     (412) 391-8000
                     ken.steidl@steidl-steinberg.com
                     PA I.D. No. 34965

```
Label Matrix for local noticing            Brickhouse OpCo I, LLC                    Capital One Bank
0315-2                                     4053 Maple Road Suite 122                 c/o Portfolio Recovery Associates, LLC
Case 21-20615-CMB                          Amherst, NY 14226-1058                    120 Corporate Blvd Ste 100
WESTERN DISTRICT OF PENNSYLVANIA                                                     Norfolk, VA 23502-4952
Pittsburgh
Fri Aug 20 11:33:49 EDT 2021

Community Loan Servicing                   Continental Finance Company               (p)CONTINENTAL FINANCE COMPANY LLC
4425 Ponce de Leon Blvd.                   Attn: Bankruptcy                          PO BOX 8099
5th Floor                                  Po Box 3220                               NEWARK DE 19714-8099
Miami, FL 33146-1873                       Buffalo, NY 14240-3220


Duquesne Light Company                     Keri P. Ebeck                             First Premier Bank
c/o Bernstein-Burkley, P.C.                Bernstein-Burkley                         3820 N Louise Ave
707 Grant Street, Suite 2200, Gulf Tower   707 Grant Street                          Sioux Falls, SD 57107-0145
Pittsburgh, PA 15219-1945                  Suite 2200 Gulf Tower
                                           Pittsburgh, PA 15219-1945


First Premier Bank                         (p)JEFFERSON CAPITAL SYSTEMS LLC          Kay Jewlers
Attn: Bankruptcy                           PO BOX 7999                               Sterling Jewelers, Inc.
Po Box 5524                                SAINT CLOUD MN 56302-7999                 Po Box 1744
Sioux Falls, SD 57117-5524                                                           Akron, OH 44309-1744


Kohl's                                     Kohls/Capital One                         Kohls/Capital One
Peritus Portfolio Services II, LLC         Attn: Credit Administrator                Po Box 3115
PO BOX 141509                              Po Box 3043                               Milwaukee, WI 53201-3115
IRVING, TX 75014-1509                      Milwaukee, WI 53201-3043


LVNV Funding, LLC                          Midland Credit Management, Inc.           Lisa A. Mort
Resurgent Capital Services                 PO Box 2037                               1606 Freemont Sreet
PO Box 10587                               Warren, MI 48090-2037                     McKeesport, PA 15132-5348
Greenville, SC 29603-0587


Mountain Run Solutions                     Office of the United States Trustee       PYOD, LLC
313 E. 1200 S, Suite 200                   Liberty Center.                           Resurgent Capital Services
Orem, UT 84058-6939                        1001 Liberty Avenue, Suite 970            PO Box 19008
                                           Pittsburgh, PA 15222-3721                 Greenville, SC 29602-9008


Pennsylvania Department of Revenue         Pennsylvania Dept. of Revenue             Peoples Natural Gas Company
Bankruptcy Division                        Department 280946                         375 North Shore Drive
P.O. Box 280946                            P.O. Box 280946                           Suite 600
Harrisburg, PA 17128-0946                  ATTN: BANKRUPTCY DIVISION                 Pittsburgh, PA 15212-5866
                                           Harrisburg, PA 17128-0946


Peoples Natural Gas Company                Peoples Natural Gas Company LLC           Perfection Collection
PO Box 644760                              c/o GRB Law                               313 E. 1200 S
Pittsburgh, PA 15264-4760                  Frick Bldg., 14th Floor, 437 Grant Stree  Orem, UT 84058-6972
                                           Pittsburgh, PA 15219-6002


Perfection Collection                      (p)PORTFOLIO RECOVERY ASSOCIATES LLC      Premier Bankcard, Llc
Attn: Bankruptcy Department                PO BOX 41067                              Jefferson Capital Systems LLC Assignee
313 E 1200 S, Suite 102                    NORFOLK VA 23541-1067                     Po Box 7999
Orem, UT 84058-6910                                                                  Saint Cloud Mn 56302-7999
```

| | | |
|---|---|---|
| Resurgent Capital Services<br>Attn: Bankruptcy<br>Po Box 10497<br>Greenville, SC 29603-0497 | Resurgent Capital Services<br>C/o Resurgent Capital Services<br>Greenville, SC 29602 | Kenneth Steidl<br>Steidl & Steinberg<br>Suite 2830 Gulf Tower<br>707 Grant Street<br>Pittsburgh, PA 15219-1908 |
| Sterling Jewelers, Inc.<br>Attn: Bankruptcy<br>Po Box 1799<br>Akron, OH 44309-1799 | Universal Acceptance & CarHop Financing<br>Attn Bankruptcy Dept<br>Po Box 398104<br>Minneapolis, MN 55439-8104 | S. James Wallace<br>GRB Law<br>Frick Building, 437 Grant Street<br>14th Floor<br>Pittsburgh, PA 15219 |
| Webbank & Fingerhut<br>c/o LVNV Funding & Resurgent<br>Attn Bankruptcy Dept<br>Po Box 10497<br>Greenville, SC 29603-0497 | Wilkinsburg Penn Joint Water Authority<br>2200 Robinson Boulevard<br>Pittsburgh, PA 15221-1193 | Ronda J. Winnecour<br>Suite 3250, USX Tower<br>600 Grant Street<br>Pittsburgh, PA 15219-2702 |

The preferred mailing address (p) above has been substituted for the following entity/entities as so specified by said entity/entities in a Notice of Address filed pursuant to 11 U.S.C. 342(f) and Fed.R.Bank.P. 2002 (g)(4).

| | | |
|---|---|---|
| Continental Finance Company<br>Pob 8099<br>Newark, DE 19714 | Jefferson Capital Systems LLC<br>Po Box 7999<br>Saint Cloud Mn 56302-9617 | Portfolio Recovery Associates, LLC<br>Attn: Bankruptcy<br>120 Corporate Boulevard<br>Norfolk, VA 23502 |

(d)Portfolio Recovery Associates, LLC
POB 12914
Norfolk VA 23541

The following recipients may be/have been bypassed for notice due to an undeliverable (u) or duplicate (d) address.

(d)Duquesne Light Company
c/o Bernstein-Burkley, P.C.
707 Grant St., Suite 2200, Gulf Tower
Pittsburgh, PA 15219-1945

End of Label Matrix
Mailable recipients    38
Bypassed recipients     1
Total                  39