IN THE UNITED STATES BANKRUPTCY COURT
FOR THE WESTERN DISTRICT OF PENNSYLVANIA

| | | |
|---|---|---|
| IN RE: | ) | |
| | ) | Bankruptcy No. 21-20615 CMB |
| Lisa A. Mort, | ) | Chapter 13 |
|     Debtor(s) | ) | Docket No.   38 |
| | ) | |
| | ) | |
| Lisa A. Mort, | ) | |
|     Movant(s) | ) | |
| | ) | |
| Vs. | ) | **ENTERED BY DEFAULT** |
| | ) | |
| Ronda J. Winnecour, Chapter 13 Trustee, | ) | |
|     *Respondent(s)* | ) | |

## <u>ORDER EMPLOYING SPECIAL COUNSEL</u>

AND NOW, this <u>8th</u> day of <u>September</u>, <u>2021</u>, upon consideration of the ***APPLICATION FOR EMPLOYMENT OF SPECIAL COUNSEL FOR THE DEBTOR'S WORKERS COMPENSATION CASE***, it is hereby ORDERED, ADJUDGED and DECREED as follows:

1.      The above referenced Application is hereby approved as of the date the Application was filed.

2.      Cynthia C. Berger, Esquire and Berger and Green, Attorneys at Law at 800 Waterfront Drive, Pittsburgh, PA 15222 is hereby appointed as *Special Counsel* for the Estate/Debtor pursuant to the terms (including compensation terms) described in the Fee Agreement attached to the above referenced Motion/Application for the limited purpose of acting as attorney in connection with the interest of the Estate/Debtor in prosecuting a Social Security Disability case as referenced to in the foregoing Motion/Application, *provided however,* no settlement of any claim is to occur without prior Court Order after notice and hearing.

3.      Professional persons or entities performing services in the above case are advised that approval of fees for professional services will be based not only on the amount involved and the results accomplished, but other factors as well including:  the time and labor reasonably required by counsel, the novelty and difficulty of the issues presented, the skill requisite to perform the legal service properly, the preclusion of other employment due to acceptance of this case, the customary fee, whether the fee is fixed or contingent, the time limitations imposed by the client or the circumstances , the experience, reputation and ability of the attorneys involved, the undesirability of the case, the nature and length of the professional relationship with the client, and, awards in similar cases.

4.      Approval of any application for appointment of counsel in which certain hourly rates/compensation terms are stated for various professionals is not an agreement by the Court to allow fees at the requested hourly rates or compensation terms.  Final compensation, awarded only after notice and hearing may be more or less than the requested hourly rates/compensation terms based on application of the above-mentioned factors in granting approval by Court Order.

5.    *Applicant shall serve the within Order on all interested parties and file a certificate of service.*

*Carlota M. Böhm*                                dmr
Carlota M. Böhm
Chief United States Bankruptcy Court Judge

cc: **Debtor**
    **Counsel**
    **Office of the U.S. Trustee**

FILED
9/8/21 2:35 pm
CLERK
U.S. BANKRUPTCY
COURT - WDPA

United States Bankruptcy Court

Western District of Pennsylvania

In re:                                                                                          Case No. 21-20615-CMB

Lisa A. Mort                                                                              Chapter 13

    Debtor

# CERTIFICATE OF NOTICE

District/off: 0315-2                         User: bsil                                      Page 1 of 2

Date Rcvd: Sep 08, 2021                  Form ID: pdf900                          Total Noticed: 1

The following symbols are used throughout this certificate:

**Symbol        Definition**

+               Addresses marked '+' were corrected by inserting the ZIP, adding the last four digits to complete the zip +4, or replacing an incorrect ZIP. USPS
                regulations require that automation-compatible mail display the correct ZIP.

**Notice by first class mail was sent to the following persons/entities by the Bankruptcy Noticing Center on Sep 10, 2021:**

**Recip ID              Recipient Name and Address**
db                  +  Lisa A. Mort, 1606 Freemont Sreet, McKeesport, PA 15132-5348

TOTAL: 1

**Notice by electronic transmission was sent to the following persons/entities by the Bankruptcy Noticing Center.**
Electronic transmission includes sending notices via email (Email/text and Email/PDF), and electronic data interchange (EDI).

NONE

# BYPASSED RECIPIENTS

**The following addresses were not sent this bankruptcy notice due to an undeliverable address, \*duplicate of an address listed above, \*P duplicate of a preferred address, or ## out of date forwarding orders with USPS.**

NONE

# NOTICE CERTIFICATION

**I, Joseph Speetjens, declare under the penalty of perjury that I have sent the attached document to the above listed entities in the manner shown, and prepared the Certificate of Notice and that it is true and correct to the best of my information and belief.**

**Meeting of Creditor Notices only (Official Form 309): Pursuant to Fed .R. Bank. P.2002(a)(1), a notice containing the complete Social Security Number (SSN) of the debtor(s) was furnished to all parties listed. This official court copy contains the redacted SSN as required by the bankruptcy rules and the Judiciary's privacy policies.**

Date: Sep 10, 2021                          Signature:        /s/Joseph Speetjens

---

# CM/ECF NOTICE OF ELECTRONIC FILING

**The following persons/entities were sent notice through the court's CM/ECF electronic mail (Email) system on September 8, 2021 at the address(es) listed below:**

**Name**                              **Email Address**

Kenneth Steidl
                                      on behalf of Debtor Lisa A. Mort julie.steidl@steidl-steinberg.com
                                      ken.steidl@steidl-steinberg.com;ifriend@steidl-steinberg.com;asteidl@steidl-steinberg.com;todd@steidl-steinberg.com;cgoga@st
                                      eidl-steinberg.com;rlager@steidl-steinberg.com;leslie.nebel@steidl-steinberg.com

Keri P. Ebeck
                                      on behalf of Creditor Duquesne Light Company kebeck@bernsteinlaw.com  jbluemle@bernsteinlaw.com

Office of the United States Trustee
                                      ustpregion03.pi.ecf@usdoj.gov

Ronda J. Winnecour
                                      cmecf@chapter13trusteewdpa.com

S. James Wallace
                                      on behalf of Creditor Peoples Natural Gas Company ecfpeoples@grblaw.com  PNGbankruptcy@peoples-gas.com

District/off: 0315-2                        User: bsil                                    Page 2 of 2
Date Rcvd: Sep 08, 2021                     Form ID: pdf900                          Total Noticed: 1
TOTAL: 5