IN THE UNITED STATES BANKRUPTCY COURT
FOR THE WESTERN DISTRICT OF PENNSYLVANIA

| | | |
|---|---|---|
| IN RE: | ) | Case No. 21-20615 CMB |
| | ) | Chapter 13 |
| Lisa A. Mort, | ) | |
|    *Debtor* | ) | Related to Docket No. 46 |
| | ) | |
| Lisa A. Mort, | ) | |
|    *Movant* | ) | Related to Claim No. 8 |
| | ) | |
| vs. | ) | |
| | ) | |
| Jefferson Capital Systems, LLC, | ) | |
|    *Respondent* | ) | |

## CERTIFICATE OF SERVICE

    I, the undersigned, hereby certify that on September 22, 2021, a true and correct copy of the *Default Order of Court dated September 21, 2021* was served by U. S. First Class Mail, postage prepaid, upon the following persons and parties:

Jefferson Capital Systems LLC
Po Box 7999
St. Cloud, MN 56302-9617

Jefferson Capital Systems LLC
Attn Kelly Lukason, Bankruptcy Specialist
16 McLeland Rd.
St. Cloud, MN 56303

Lisa A. Mort
1606 Freemont Sreet
McKeesport, PA 15132

**Served by ECF:** Ronda J. Winnecour, Trustee
**Served by ECF:** Office of the United States Trustee


Date of Service: September 22, 2021            /s/ Kenneth Steidl
                                                                                Kenneth Steidl, Esquire
                                                                                Attorney for the Debtors

                                                                                STEIDL & STEINBERG
                                                                                Suite 2830, Gulf Tower
                                                                                707 Grant Street
                                                                                Pittsburgh, PA 15219
                                                                                (412) 391-8000
                                                                                ken.steidl@steidl-steinberg.com
                                                                                PA I.D. No. 34965