**UNITED STATES BANKRUPTCY COURT**
**WESTERN DISTRICT OF PENNSYLVANIA**

| IN RE: | |
|---|---|
| LISA A. MORT | Case No.:21-20615 |
| Debtor(s) | |
| Ronda J. Winnecour | Document No.: |
| Movant | |
| vs. | |
| No Respondents. | |

### TRUSTEE'S REPORT OF RECEIPTS AND DISBURSEMENTS

Ronda J. Winnecour, Trustee for the above case, submits the following final report and account of the administration of the estate pursuant to 11 USC 1302 (b) (1).

1. The case was filed on 03/19/2021 and confirmed on 06/08/2021 . The case was subsequently    (D)
CONVERTED AFTER CONFIRMATION FUNDS TO DEBTOR

2. The Trustee made the following disbursements.

| | | |
|---|---:|---:|
| Total Receipts | | 7,179.00 |
| Less Refunds to Debtor | 1,748.92 | |
| TOTAL AMOUNT OF PLAN FUND | | 5,430.08 |
| | | |
| Administrative Fees | | |
| Filing Fee | 0.00 | |
| Notice Fee | 0.00 | |
| Attorney Fee | 1,469.96 | |
| Trustee Fee | 189.31 | |
| Court Ordered Automotive Insurance | 0.00 | |
| TOTAL ADMINISTRATIVE FEES | | 1,659.27 |

| Creditor Type   Creditor Name | Claim Amount | Prin Paid | Int Paid | Total Paid |
|---|---:|---:|---:|---:|
| **Secured** | | | | |
| COMMUNITY LOAN SERVICING LLC | 0.00 | 3,770.81 | 0.00 | 3,770.81 |
| Acct: 1307 | | | | |
| COMMUNITY LOAN SERVICING LLC | 11,645.00 | 0.00 | 0.00 | 0.00 |
| Acct: 1307 | | | | |
| WILKINSBURG-PENN JT WATER AUTH | 621.00 | 0.00 | 0.00 | 0.00 |
| Acct: 0000 | | | | |
| | | | | 3,770.81 |
| **Priority** | | | | |
| KENNETH STEIDL ESQ | 0.00 | 0.00 | 0.00 | 0.00 |
| Acct: | | | | |
| LISA A. MORT | 0.00 | 0.00 | 0.00 | 0.00 |
| Acct: | | | | |
| LISA A. MORT | 1,748.92 | 1,748.92 | 0.00 | 0.00 |
| Acct: | | | | |
| STEIDL & STEINBERG | 3,400.00 | 1,469.96 | 0.00 | 0.00 |
| Acct: | | | | |

\* \* \* N O N E \* \* \*

| Creditor Type   Creditor Name | Claim Amount | Prin Paid | Int Paid | Total Paid |
|---|---:|---:|---:|---:|
| Unsecured | | | | |
|   AUTOVEST LLC | 0.00 | 0.00 | 0.00 | 0.00 |
|     Acct: | | | | |
|   PORTFOLIO RECOVERY ASSOCIATES, LL | 700.96 | 0.00 | 0.00 | 0.00 |
|     Acct: 5179 | | | | |
|   BRICKHOUSE OPCO I LLC | 667.68 | 0.00 | 0.00 | 0.00 |
|     Acct: 7377 | | | | |
|   FIRST PREMIER BANK | 0.00 | 0.00 | 0.00 | 0.00 |
|     Acct: 1676 | | | | |
|   PREMIER BANKCARD LLC; JEFFERSON C | 882.54 | 0.00 | 0.00 | 0.00 |
|     Acct: 6823 | | | | |
|   FIRST PREMIER BANK | 493.59 | 0.00 | 0.00 | 0.00 |
|     Acct: 7498 | | | | |
|   STERLING INC DBA KAY JEWELERS | 0.00 | 0.00 | 0.00 | 0.00 |
|     Acct: 3520 | | | | |
|   KOHLS | 1,008.25 | 0.00 | 0.00 | 0.00 |
|     Acct: 6539 | | | | |
|   MOUNTIAN RUN SOLUTIONS | 0.00 | 0.00 | 0.00 | 0.00 |
|     Acct: | | | | |
|   PEOPLES NATURAL GAS CO LLC* | 645.95 | 0.00 | 0.00 | 0.00 |
|     Acct: 1481 | | | | |
|   PERFECTION COLLECTION LLC++ | 0.00 | 0.00 | 0.00 | 0.00 |
|     Acct: 1845 | | | | |
|   LVNV FUNDING LLC | 248.48 | 0.00 | 0.00 | 0.00 |
|     Acct: 6134 | | | | |
|   PYOD LLC | 1,274.93 | 0.00 | 0.00 | 0.00 |
|     Acct: 2682 | | | | |
|   MIDLAND CREDIT MANAGEMENT INC | 992.28 | 0.00 | 0.00 | 0.00 |
|     Acct: 5164 | | | | |
|   JEFFERSON CAPITAL SYSTEMS LLC* | 0.00 | 0.00 | 0.00 | 0.00 |
|     Acct: 0001 | | | | |
|   LVNV FUNDING LLC | 0.00 | 0.00 | 0.00 | 0.00 |
|     Acct: 1534 | | | | |
|   LVNV FUNDING LLC | 0.00 | 0.00 | 0.00 | 0.00 |
|     Acct: 3924 | | | | |
|   LVNV FUNDING LLC | 0.00 | 0.00 | 0.00 | 0.00 |
|     Acct: 0885 | | | | |
|   DUQUESNE LIGHT COMPANY* | 44.87 | 0.00 | 0.00 | 0.00 |
|     Acct: 6427 | | | | |
|   BERNSTEIN BURKLEY PC | 0.00 | 0.00 | 0.00 | 0.00 |
|     Acct: | | | | |
|   GRB LAW** | 0.00 | 0.00 | 0.00 | 0.00 |
|     Acct: | | | | |
|   KML LAW GROUP PC* | 0.00 | 0.00 | 0.00 | 0.00 |
|     Acct: | | | | |
|   MICHAEL F RATCHFORD ESQ | 0.00 | 0.00 | 0.00 | 0.00 |
|     Acct: | | | | |

*** N O N E ***

TOTAL PAID TO CREDITORS                                                           3,770.81

| TOTAL CLAIMED | |
|---|---|
| PRIORITY | 0.00 |
| SECURED | 12,266.00 |
| UNSECURED | 6,959.53 |

Date: 03/28/2022

/s/ Ronda J. Winnecour
RONDA J WINNECOUR PA ID #30399
CHAPTER 13 TRUSTEE WD PA
600 GRANT STREET
SUITE 3250 US STEEL TWR
PITTSBURGH, PA  15219
(412) 471-5566
cmecf@chapter13trusteewdpa.com